FILED
2011 NOV 22 PM 2:56
DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CROSLEY ALEXANDER GREEN,

    Petitioner,

v.

CASE NO. 6:11cv-1873-0rl-27KRS

KENNETH S. TUCKER,
Secretary, Florida Department of
Corrections,

PAM BONDI,
Florida Attorney General

    Respondents.

## MOTION TO EXCEED PAGE LIMIT

Petitioner, **CROSLEY ALEXANDER GREEN**, through his undersigned counsel, respectfully moves this Court for the entry of an Order granting Petitioner's request to exceed the number of pages prescribed under Local Rule 3.01(a). In support of this motion, Petitioner states:

    1.    Mr. Green was convicted of murder, two counts of kidnapping, and two counts of robbery in 1990. He was sentenced to death, and spent the majority of the last twenty years on death row. In August 2009, Mr. Green was re-sentenced and is currently a prisoner at the Hardee Correctional Institute in Bowling Green, Florida. Mr. Green is currently serving a life sentence for murder, 17 years each for two counts of robbery, and 17 each years each for two counts of kidnapping.

2. Mr. Green files his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 as well as a memorandum of law in support of his Petition concurrently with this motion.

3. Local Rule 3.01(a) prescribes a page limit of 25 pages for motions or other applications.

4. The Petition is 83 pages and the memorandum of law is 82 pages.

5. Petitioner respectfully requests an expansion of the page limits in accordance with Local Rule 3.01(d) on the basis that the proceedings in this case are expansive and complex.

6. Mr. Green's case spans more than 20 years and it involves a complicated set of facts and numerous constitutional violations. In addition to the guilt and penalty phases of Mr. Green's trial and his direct appeal, Mr. Green's prior post-conviction counsel filed a motion for post-conviction relief in state court challenging the fairness of his murder conviction under the U.S. Constitution and Florida Constitution in 2001. That petition raised twelve distinct constitutional challenges with multiple subparts, including substantial newly discovered evidence of innocence. There were several evidentiary hearings on the state petition and a substantial amount of testimony was taken from multiple witnesses. Florida courts upheld Mr. Green's conviction, but a new penalty phase was granted due to ineffective assistance of counsel. A re-sentencing hearing was held in August 2009, at which the state court heard additional newly discovered evidence of Mr. Green's innocence. Mr. Green appealed his new sentence, and subsequently filed a successive petition for post-conviction relief in state court, asserting additional newly

discovered evidence of innocence and additional constitutional violations resulting therefrom.

7. The facts and circumstances of Mr. Green's case, and the basis for his federal habeas claims, cannot be adequately set forth in 25 pages. Mr. Green's case is a rare example of a case so factually complex that the interests of justice require an enlargement of page limit.

8. A page limitation in excess of that prescribed under Local Rule 3.01(a) would enable Mr. Green to raise each his meritorious issues and to adequately support his claim of entitlement to relief.

WHEREFORE, Mr. Green, through his undersigned counsel, respectfully requests that this Court grant this Motion to Exceed Page Limit.

Dated: November 22, 2011

/s/ D. Todd Doss
D. Todd Doss
Local Counsel of Record
Florida Bar Number: 0910384
725 Southeast Baya Drive
Suite 102
Lake City, Florida 32025
(386) 755-9119 (telephone)
(352) 755-3181 (facsimile)
dosslaw@comcast.net

Keith J. Harrison
Robert T. Rhoad
Jeane A. Thomas
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2592
(202)624-2500
jthomas@crowell.com
*Pro Hac Vice Admission Pending*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Clerk of Court and by Federal Express to Pam Bondi, Office of the Attorney General, the Capitol PL-01, Tallahassee, FL 32399-1050, and Crosley Alexander Green, Inmate No. 902925 / P2226S, Hardee Correctional Institution, 6901 State Route 62, Bowling Green, FL 33834.

Dated: November 22, 2011

/s/ D. Todd Doss
D. Todd Doss
Local Counsel of Record
Florida Bar Number: 0910384
725 Southeast Baya Drive
Suite 102
Lake City, Florida 32025
(386) 755-9119 (telephone)
(352) 755-3181 (facsimile)
dosslaw@comcast.net

Keith J. Harrison
Robert T. Rhoad
Jeane A. Thomas
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2592
(202)624-2500
jthomas@crowell.com
*Pro Hac Vice Admission Pending*