IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2011 NOV 22 PM 2:54
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

CROSLEY ALEXANDER GREEN,

Petitioner,

v.                                           CASE NO. 6:11cv-1873-Orl-22KRS

KENNETH S. TUCKER,
Secretary, Florida Department of
Corrections,

12453
$10.00

PAM BONDI,
Florida Attorney General

Respondents.

---

## SPECIAL ADMISSION ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

---

CROSLEY ALEXANDER GREEN
Prisoner's Number: 902925
Place of Confinement:   Hardee Correctional Institution
                        Bowling Green, Florida

I, Robert T. Rhoad, hereby submit this attorney certification form to the Court on behalf of Crosley Green.

**ATTORNEY INFORMATION**

Firm Name: Crowell & Moring, LLP
Address: 1001 Pennsylvania Avenue, N.W.
City: Washington          State: D.C.     Zip: 20004
Firm/Business Phone: 202-624-2545        Alternate Phone: 202-624-2500
Firm/Business Fax: 202-628-5116
E-mail Address: RRhoad@crowell.com

ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain on the reverse side of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/21/11

Robert T. Rhoad
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 654-6741 (telephone)
(202) 628-5116 (facsimile)
rrhoad@crowell.com

CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2.090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $10.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to AClerk, U.S. District Court.

Providing the Court with an attorney certification form and the $10.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.