IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CROSLEY ALEXANDER GREEN,**

    Petitioner,

v.                                                                  CASE NO.  6:11-cv-1873-Orl-22KRS

**KENNETH S. TUCKER,**
Secretary, Florida Department of
Corrections,

**PAM BONDI,**
Florida Attorney General

    Respondents.

_____

### PETITIONER CROSLEY ALEXANDER GREEN'S MOTION FOR ADMISSION PRO HAC VICE

    The undersigned, on behalf of Petitioner, Crosley Alexander Green, requests admission pro hac vice of Robert T. Rhoad to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.  Grounds for this motion are as follows:

    1.    Robert T. Rhoad is an attorney practicing with the firm of Crowell & Moring, LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004.  He is a member in good standing and is currently eligible to practice law in the District of Columbia (Bar No. 456535). He is also admitted to practice in Vermont (admitted 1994; inactive but in good standing) and before the U.S. Supreme Court (admitted 1998); the U.S. Court of Appeals for the Third Circuit (admitted 2008), the Fourth Circuit (admitted 1998), the Eleventh Circuit (admitted 2009), and

the District of Columbia Circuit (admitted 2009); the U.S. Court of Appeals for the Armed Forces (admitted 1996); the U.S. District Court for Maryland (admitted 1998); the U.S. District Court for the District of Columbia (admitted 2000); the U.S. District Court for Colorado (admitted 2003); the U.S. Court of Federal Claims (admitted 1998); and the U.S. Tax Court (admitted 1998).

2.  Robert T. Rhoad certifies that he has studied the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the Local Rules of the Middle District of Florida.

3.  Robert T. Rhoad's mailing address and email address to which copies of all further pleadings, motions, notices, orders of court, and other papers may be served is:

> Robert T. Rhoad
> Crowell & Moring, LLP
> 1001 Pennsylvania Ave, NW
> Washington, DC 20004
> rrhoad@crowell.com

4.  Robert T. Rhoad is not a resident of Florida and resides in Washington, DC.

5.  The undersigned, D. Todd Doss, Esq., is a member of the bar of the United States District Court for the Middle District of Florida and is a resident of Florida.  D. Todd Doss is hereby designated and consents to act as local counsel, and as the individual to whom all notices and papers may be served in this matter and will be responsible for the progress of the case pursuant to Local Rule 2.02(a)(1).

## Memorandum of Law

This motion is made pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.

                Respectfully submitted,

              /s/ ***D. Todd Doss***
              D. Todd Doss
              Florida Bar No. 0910384
              725 Southeast Baya Drive
              Suite 102
              Lake City, FL 32024
              (386) 755-9119
              *Attorney for Petitioner Crosley A. Green*

**Certificate of Conference**

The undersigned attorney hereby certifies that prior to filing this motion he has conferred with the Office of the Attorney General and, pursuant to Local Rule 3.01(g), has been authorized to state that Respondent has no objection thereto.

/s/ *Robert T. Rhoad*
Robert T. Rhoad

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I hereby certify that I have mailed by United States Postal Service the document to Pam Bondi, Office of the Attorney General, the Capitol PL-01, Tallahassee, FL 32399-1050 and to Crosley Alexander Green, Inmate No. 902925 / P2226S, Hardee Correctional Institution, 6901 State Route 62, Bowling Green, FL 33834.

Dated:  December 1, 2011            /s/ *D. Todd Doss*
                                             D. Todd Doss
                                             Local Counsel of Record
                                             Florida Bar Number: 0910384
                                             725 Southeast Baya Drive
                                             Suite 102
                                             Lake City, Florida 32025
                                             (386) 755-9119 (telephone)
                                             (352) 755-3181 (facsimile)
                                             dosslaw@comcast.net

                                             Keith J. Harrison
                                             Robert T. Rhoad
                                             Jeane A. Thomas
                                             CROWELL & MORING LLP
                                             1001 Pennsylvania Avenue, NW
                                             Washington, DC 20004-2592
                                             (202)624-2500
                                             jthomas@crowell.com
                                             *Pro Hac Vice Admission Pending*