IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CROSLEY ALEXANDER GREEN,**

    Petitioner,

v.                                      CASE NO.  6:11-cv-1873-Orl-22KRS

**KENNETH S. TUCKER,**
Secretary, Florida Department of
Corrections,

**PAM BONDI,**
Florida Attorney General

    Respondents.

_____

# PETITIONER CROSLEY ALEXANDER GREEN'S MOTION FOR ADMISSION PRO HAC VICE

The undersigned, on behalf of Petitioner, Crosley Alexander Green, requests admission pro hac vice of Keith J. Harrison to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.  Grounds for this motion are as follows:

    1.    Keith J. Harrison is an attorney practicing with the firm of Crowell & Moring, LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004.  He is a member in good standing of the Bar of the District of Columbia (Bar No. 416755) and the State of New York (Bar No. 2054187).  He is admitted to practice before the the United States District Court for the District of Columbia (admitted 1989); the United States District Court for Maryland (admitted 1996); the United States District Court for the Eastern District of Michigan (admitted 1998); the

United States Courts of Appeals for the District of Columbia (admitted 1995), Fifth (admitted 1991), and Sixth (admitted 1994) Circuits; and the United States Court of Appeals for the Federal Circuit (admitted 1996).

2. Keith J. Harrison certifies that he has studied the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the Local Rules of the Middle District of Florida.

3. Keith J. Harrison's mailing address and email address to which copies of all further pleadings, motions, notices, orders of court, and other papers may be served is:

> Keith J. Harrison
> Crowell & Moring, LLP
> 1001 Pennsylvania Ave, NW
> Washington, DC 20004
> kharrison@crowell.com

4. Keith J. Harrison is not a resident of Florida and resides in Vienna, Virginia.

5. The undersigned, D. Todd Doss, Esq., is a member of the bar of the United States District Court for the Middle District of Florida and is a resident of Florida. D. Todd Doss is hereby designated and consents to act as local counsel, and as the individual to whom all notices and papers may be served in this matter and will be responsible for the progress of the case pursuant to Local Rule 2.02(a)(1).

## Memorandum of Law

This motion is made pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.

        Respectfully submitted,

        /s/ *D. Todd Doss*
        D. Todd Doss
        Florida Bar No. 0910384
        725 Southeast Baya Drive
        Suite 102
        Lake City, FL 32024
        (386) 755-9119
        *Attorney for Petitioner Crosley A. Green*

**Certificate of Conference**

The undersigned attorney hereby certifies that prior to filing this motion he has conferred with the Office of the Attorney General and, pursuant to Local Rule 3.01(g), has been authorized to state that Respondent has no objection thereto.

/s/ *Keith J. Harrison*
Keith J. Harrison

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I hereby certify that I have mailed by United States Postal Service the document to Pam Bondi, Office of the Attorney General, the Capitol PL-01, Tallahassee, FL 32399-1050 and to Crosley Alexander Green, Inmate No. 902925 / P2226S, Hardee Correctional Institution, 6901 State Route 62, Bowling Green, FL 33834.

Dated:  December 1, 2011         /s/ *D. Todd Doss*
                                 D. Todd Doss
                                 Local Counsel of Record
                                 Florida Bar Number: 0910384
                                 725 Southeast Baya Drive
                                 Suite 102
                                 Lake City, Florida 32025
                                 (386) 755-9119 (telephone)
                                 (352) 755-3181 (facsimile)
                                 dosslaw@comcast.net

                                 Keith J. Harrison
                                 Robert T. Rhoad
                                 Jeane A. Thomas
                                 CROWELL & MORING LLP
                                 1001 Pennsylvania Avenue, NW
                                 Washington, DC 20004-2592
                                 (202)624-2500
                                 jthomas@crowell.com
                                 *Pro Hac Vice Admission Pending*