**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CROSLEY ALEXANDER GREEN,**

    Petitioner,

v.                                                        CASE NO.  6:11-cv-1873-Orl-22KRS

**KENNETH S. TUCKER,**
Secretary, Florida Department of
Corrections,

**PAM BONDI,**
Florida Attorney General

    Respondents.

_____

## PETITIONER CROSLEY ALEXANDER GREEN'S MOTION FOR ADMISSION PRO HAC VICE

    The undersigned, on behalf of Petitioner, Crosley Alexander Green, requests admission pro hac vice of Jeane A. Thomas to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.  Grounds for this motion are as follows:

    1.    Jeane A. Thomas is an attorney practicing with the firm of Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004.  She is a member in good standing and is currently eligible to practice law in the District of Columbia (Bar No. 432600) and the State of Maryland.

    2.    Jeane A. Thomas certifies that she has studied the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the Local Rules of the Middle District of Florida.

3. Jeane A. Thomas's mailing address and email address to which copies of all further pleadings, motions, notices, orders of court, and other papers may be served is:

Jeane A. Thomas
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC  20004
jthomas@crowell.com

4. Jeane A. Thomas is not a resident of Florida and resides in Spotsylvania, Virginia.

5. The undersigned, D. Todd Doss, Esq., is a member of the bar of the United States District Court for the Middle District of Florida and is a resident of Florida.  D. Todd Doss is hereby designated and consents to act as local counsel, and as the individual to whom all notices and papers may be served in this matter and will be responsible for the progress of the case pursuant to Local Rule 2.02(a)(1).

## Memorandum of Law

This motion is made pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.

Respectfully submitted,

/s/ *D. Todd Doss*
D. Todd Doss
Florida Bar No. 0910384
725 Southeast Baya Drive
Suite 102
Lake City, FL 32024
(386) 755-9119
*Attorney for Petitioner Crosley A. Green*

**Certificate of Conference**

The undersigned attorney hereby certifies that prior to filing this motion she has conferred with the Office of the Attorney General and, pursuant to Local Rule 3.01(g), has been authorized to state that Respondent has no objection thereto.

/s/ *Jeane A. Thomas*
Jeane A. Thomas

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I hereby certify that I have mailed by United States Postal Service the document to Pam Bondi, Office of the Attorney General, the Capitol PL-01, Tallahassee, FL 32399-1050 and to Crosley Alexander Green, Inmate No. 902925 / P2226S, Hardee Correctional Institution, 6901 State Route 62, Bowling Green, FL 33834.

Dated:  December 1, 2011

     /s/ *D. Todd Doss*
D. Todd Doss
Local Counsel of Record
Florida Bar Number: 0910384
725 Southeast Baya Drive
Suite 102
Lake City, Florida 32025
(386) 755-9119 (telephone)
(352) 755-3181 (facsimile)
dosslaw@comcast.net

Keith J. Harrison
Robert T. Rhoad
Jeane A. Thomas
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2592
(202)624-2500
jthomas@crowell.com
*Pro Hac Vice Admission Pending*